## STATEMENT OF FACTS

Your affiant, ▆▆▆▆▆▆ has been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since May 2009, and I am currently assigned to ▆▆▆▆▆▆. As a SA, I have worked Healthcare Fraud, Human Trafficking, Other Government Fraud, White Collar Fraud, been a member of the Special Operations Ground Surveillance Team, and worked International Terrorism and Domestic Terrorism on the Joint Terrorism Task Force (JTTF). As a SA with the FBI, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

Since 2017, your affiant has been on the JTTF. As a SA for the FBI on the JTTF my duties include the investigation of matters in the Domestic Terrorism Program, including the identification, prevention and defeat of domestic terrorist operations before they occur. In the event of an act of terrorism, I can execute the FBI's statutory investigative responsibilities and fulfill its role as the Lead Federal Agency for crisis response, functioning as the on-scene manager for the United States Government. Currently, I am responsible for investigating criminal activity in and around the U.S. Capitol on January 6, 2021. In these investigations, I conduct data base checks and online searches, prepare affidavits for search and arrest warrants, analyze information received from subpoenas, interview subjects and witnesses, conduct physical surveillance, and review information from social media platforms.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows

and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

The U.S. Capitol Building is equipped with closed circuit video recording camera (hereinafter "CCTV") at numerous locations in the Capitol Building. These CCTV cameras recorded a significant amount of the activity that day. In addition, during national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there. Photographs and videos of several of these persons were disseminated via social media and other open-source online platforms.

While your affiant was investigating a related January 6 Capitol Riot case involving Jared Luther Owens and Jason William Wallis, separately charged in Criminal Case No. 23-cr-388-RDM, a search was conducted of an Apple MacBook computer found during a search of Owens' residence. This resulted in the recovery of a photograph of Owens, Wallis, and a third individual, later identified as Andrew Joseph Shea (hereinafter "SHEA"). Image 1. The photograph was sent during a messaging conversation between Owens and his wife and appears to have been taken from inside the back seat of a passenger vehicle. In the photograph Owens is on the left, Wallis is in the middle, and SHEA is on the right. The messaging application identified the photograph as having been received on January 6, 2021 at 8:55 a.m. In addition, a message which Owens sent after the photograph said, "This is how we are living. Lol. Every Uber in and out is a freaking go cart." From my earlier investigation of Wallis and Owens I am aware that on January 6. 2021, they were together at the U.S. Capitol both outside on the grounds and inside the building.



*Image 1 – Photograph of Owens, Wallis and SHEA seized from a laptop at Owens' residence*

In addition, the MacBook contained a subsequent message from Owens to his wife on January 7, 2021, where he stated, "me Jason and Andrew fought thru that shit as a three man wrecking crew. God put these men in my life for a reason. I am so proud of my boys." Based on the context, I believe "Jason" refers to Jason Wallis and "Andrew" refers to Andrew SHEA, and that Owens was reporting the events of the day prior, January 6, 2021.

Additional investigation, detailed in part below, revealed that in advance of January 6 Wallis and Owens traveled to Washington D.C. from Missouri, and they are believed to have stopped and picked up SHEA in Illinois on the way.

Telephone records from Wallis' phone place him in the area of Madison, Illinois, northeast of his residence in Missouri and just south of Granite City, Illinois, where SHEA resides, at approximately 8:11 p.m. on January 4, 2021. Wallis' phone then appears to be in the area of I-270 and I-255 (which is near the Illinois/Missouri border near St. Louis, Missouri) at approximately 8:31-8:36 p.m. on January 4, 2021. The phone then appears to continue traveling on I-70 east toward Washington, D.C.

FBI obtained information from the Cherry Hill Park campground located in College Park, Maryland. The information provided revealed that Wallis, driving a GMC Sierra pickup truck registered in his name and to his address in Hillsboro, Missouri, stayed there in a pulled camper with three adults registered to stay from January 5 to January 8, 2021. Cherry Hill Park is located approximately 16 miles from the United States Capitol.

A Google search warrant for records of devices found within the United States Capitol building, between 2:00 p.m. and 6:30 p.m. EST on January 6, 2021, revealed that the user of the email address, andrewshea[XXX]@gmail.com, was present within the area. The recovery phone number for that Gmail account was later confirmed by the Granite City Police Department as belonging to SHEA.

A request for driver's license information for SHEA showed an individual who I have determined matches the above photo found in the MacBook at Image 1. Driver's License information for SHEA lists a current address on Johnson Road in Granite City, Illinois.

Your affiant reviewed open source video from the Capitol grounds on January 6, 2021, as well as closed circuit television cameras (CCTV) located within the United States Capitol and was able to locate SHEA on multiple videos inside of the restricted area of the Capitol grounds and within the Capitol building on January 6, 2021, as he walked with Wallis and Owens. Below are screen shots from some of the videos which document his illegal activities that day. In many of those images he is wearing an identical looking beanie cap to the one in Image 1.

Open source video filmed outside the United States Capitol on January 6, 2021, showed SHEA, walking with Owens and Wallis as they moved forward in a group of rioters who were trying to get past retreating Capitol Police officers. Image 2 shows SHEA, circled in yellow, walking near Wallis, circled in red, and Owens, circled in green, as they advance up the North side of the Capitol grounds within the restricted area of the Capitol as officers retreated. In this image

3

and others, Wallis is wearing a tactical helmet and gas mask and Owens is wearing a black helmet and goggles.



*Image 2 - https://www.youtube.com/watch?v=f80ScBHnNRk&t=793s at 17:35*

      The officers retreated to a line of bike rack barricades where Wallis, Owens and SHEA gathered with other rioters as they attempted to get past the barricades. At one point Wallis and Owens picked up and shoved one of the metal bike racks at officersDuring interviews of officers present at the bike rack it was determined that at least one of the officers was injured as a result. SHEA was immediately behind them. Image 3 shows SHEA (yellow), Owens (green) and Wallis (red).

4



*Image 3 - https://www.youtube.com/watch?v=f80ScBHnNRk&t=793s at 18:21 showing SHEA (circled in yellow), Wallis (circled in red) and Owens (circled in green)*

After getting around the officers at the bike rack barricades, they moved to the edge of the east side of the Capitol building where a video still image, Image 4, captured all three of them.



*Image 4 - https://www.youtube.com/watch?v=95hp2RrYl-A&t=242s at 4:03 showing SHEA (circled in yellow), Wallis (circled in red) and Owens (circled in green)*

5

They then attempted to enter the building, ultimately making their way to the Northwest side of the building and entering the Capitol building through the Senate Fire Door. Image 5 is a CCTV image inside of the Senate Fire Door that captured their entry into the building.



*Image 5- USCP CCTV showing SHEA (circled in yellow), Wallis (circled in red) and Owens (circled in green) entering the Senate Fire Door.*

44. The three remained in the Capitol building traveling through the first floor on the Senate side of the building, until SHEA and Wallis were captured on CCTV exiting the Capitol building through a door on the North side of the U.S. Capitol approximately 21 minutes after entering the building. Image 6. Owens exited separately.



*Image 6- USCP CCTV showing SHEA (circled in yellow) and Wallis (circled in red) as they are leaving the Capitol building*

6

Based on the foregoing, your affiant submits that there is probable cause to believe that SHEA violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting.

Your affiant submits there is also probable cause to believe that SHEA violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the U.S. Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of October 2024.

HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE

7