AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00346 |
| Andrew Joseph Shea | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 10/30/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Andrew Joseph Shea__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,.

Date: __10/30/2024__

*Moxila A. Upadhyaya* (Digitally signed by Moxila A. Upadhyaya, Date: 2024.10.30 15:47:55 -04'00')
*Issuing officer's signature*

City and state: __Washington, D.C.__   __Moxila A. Upadhyaya, U.S. Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __10/30/2024__, and the person was arrested on *(date)* __11/01/2024__
at *(city and state)* __Granite City, IL__.

Date: __11/01/2024__

*Susan Lee Parker*
*Arresting officer's signature*

__SA Susan Lee Parker__
*Printed name and title*